Kevin R. Sutherland (State Bar No.: 163746)
Michael A. Hession (State Bar No.: 219103)
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801
Email:  kevin.sutherland@clydeco.us
        michael.hession@clydeco.us

Attorneys for Plaintiff
LIZTON TRADING, LIMITED

**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LIZTON TRADING, LIMITED, | Case No. 09-cv-02165-GW-VBK |
| Plaintiff, | ORDER DISMISSING DEFENDANTS ATM LENDERS, LLC |
| vs. | |
| ATM LENDERS, LLC, VEDAD ZAIMOVIC, an individual and AMRE YOUNESS, an individual. | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

WHEREAS this action was initiated on March 27, 2009,

WHEREAS defendants Zaimovic and Youness were dismissed from this matter on April 12, 2010, and

WHEREAS the remaining parties hereto having stipulated and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this action be and hereby is dismissed in its entirety pursuant to FRCP Rule 41(a)(1)(ii).

/ /

/ /

[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION

1    IT IS SO ORDERED.

2  DATED: September 27, 2010

3  _____

4  HON. GEORGE H. WU
   United States District Court Judge

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**

I am a employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California 94105. On September 22, 2010, I served the document(s) described as: **[PROPOSED] ORDER DISMISSING ENTIRE ACTION** on the party(s) in this action as follows:

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ (BY MAIL): as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☒ (BY ELECTRONIC FILING WITH THE CLERK OF THE COURT USING THE CM/ECF SYSTEM), which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

Edward O Lear, Esq.
Edward O Lear Law Offices
5200 West Century Boulevard
Suite 345
Los Angeles, California 90045
Telephone: (310) 642-6900
Facsimile: (310) 642-6910
Attorney for Third-Party Defendant
Prime Jet, LLC

Paige R. Parrish
Klika Parrish Bigelow
959 East Walnut Street
Suite 220
Pasadena, California 91106
Telephone: (626) 796-9998
Facsimile: (626) 796-9992
Attorney for Plaintiff and Counter Defendant ATM Lenders, LLC

Teresa R. Tracy, Esq.
Gladstone Michel Weisberg
   Willner & Sloane, ALC
4551 Glencoe Ave., Suite 300
Marina del Rey, CA 90292
Telephone: (310) 821-9000
Facsimile: (310) 775-8775
Attorney for Defendant,
Counterclaimant and Cross-Claimant
Dallas Airmotive, Inc.

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 22, 2010, at San Francisco, California.

_____
Patricia Inabnet

-3-
[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION

273831v1

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800